*Mark Diamond,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* HASSAN EATON

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.,* special deputy assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* JOSEPH N. DWYER, SR.

*Aaron J. Romano,* special public defender, in support of the petition.

*Eileen McCarthy Geel,* assistant state's attorney, in opposition.

Decided October 25, 2000